379 A.2d 583

Commonwealth, Appellant, v. Davila et al.

Submitted March 16, 1977.

Oscar F. Spicer, District Attorney, for Commonwealth, appellant; Robert E. Campbell, for appellee, Davila; Gary E. Hartman, Assistant Public Defender, for appellee, Camacho.

Order affirmed.